(November 15, 1938.)

In the Matter of the Application of DOMINICK GUIDO, Appellant, for an Order Permitting Him as One of the Members of the Societa' Mutuo Soccorso San Rocco Fra I Cittadini Di Palo Colle Bari to Examine Certain Books, Records and Vouchers of Said Society, a Membership Corporation. SOCIETA' MUTUO SOCCORSO SAN ROCCO FRA I CITTADINI DI PALO COLLE BARI, Respondent.— On argument, order denying motion for examination and inspection of the books of the Societa' Mutuo Soccorso San Rocco Fra I Cittadini Di Palo Colle Bari, under section 41 of the Membership Corporations Law, affirmed, without costs. Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur.

(November 18, 1938.)

In the Matter of the Petition of the CITY BANK FARMERS TRUST COMPANY to Render and Settle Its Account as Trustee of the Trust for ALICE BERTHA DEL GRELLA under the Last Will and Testament of JAMES HALE BATES, Deceased, and for a Construction of the Will. LEONARD N. SNEDEKER, Special Guardian for CHARLES W. FIELD and ROBERT GRAY TWOMBLY, Infants, etc., and Others, Appellants; BROOKLYN HOME FOR AGED MEN and Others, Respondents.— Motion referred to the court that rendered the decision on the motion. [See ante, p. 788.] Present — Lazansky, P. J., Hagarty, Johnston and Close, JJ.; Carswell, J., not voting. Motion to resettle order of October 14, 1938, granting leave to appeal to the Court of Appeals, granted, and order resettled so as to read as follows: It is ordered that the said motion be and the same hereby is granted. The following question is certified: Are the charitable and educational institutions named in paragraph " twelfth " of the decedent's will entitled to a distribution of the entire principal and income of the trust created under the provisions of the tenth paragraph of decedent's will, to the exclusion of the various next of kin referred to in paragraph " fifteenth " of said will? [See 254 App. Div. 900.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Close, JJ.

In the Matter of Supplementary Proceedings: SIDNEY A. CLARKSON, as Executor, etc., of MARY J. LUSHER, Deceased, Appellant, v. WALTER R. LUSHER, Individually and as Executor, etc., of MARY J. LUSHER, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Application of RUBEL CORPORATION, Respondent, for an Order of Certiorari against HARRIS H. MURDOCK, Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants, and CATHERINE J. McDERMOTT, as Executrix, etc., of PATRICK T. McDERMOTT, Deceased, Intervenor.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

CLAIRE SIMMONDS, Appellant, v. MARTIN LUTHER SOWERS and SANFORD J. ELLSWORTH, Respondents. CLAIRE SIMMONDS, Appellant, v. MARTIN LUTHER SOWERS, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.